Argued February 17; affirmed March 23, 1948

# BOWLES, Administrator, O. P. A., *v.* LOMBARDI and FLEMING, Administrator, Office of Temporary Controls

191 P. (2d) 379

*Roy C. Fox,* Litigation Unit Attorney, Office of Rent Control, of Seattle, argued the cause for appellant. On the brief were N. Ray Alber, Area Rent Attorney, of Portland, John E. Hedrick, Chief, Rent Enforcement Division, of Seattle, and E. D. Dupree, Jr., Assistant General Counsel, Rent Control, Hugo V. Prucha, Director, Rent Enforcement, Irving M. Gruber, Chief, Litigation Branch, and Jacob W. Rosenthal, Special Appellate Attorney, Office of Rent Control, all of Washington, D. C.

No appearance for respondent.

Before Rossman, Chief Justice, Kelly, Bailey, Brand and Hay, Justices.

## BAILEY, J.

This action was instituted on the 26th day of February, 1945, by Chester Bowles, Administrator of the Office of Price Administration, pursuant to § 205 (e) of the Emergency Price Control Act (56 Stat. 23) as amended (58 Stat. 632, 50 U. S. C. A. App. Supp. V, 901, et seq.), against Martin Lombardi, doing business as the Hotel Australian, to recover statutory damages for overceiling rents allegedly collected

by defendant in violation of the applicable rent regulations.

The facts, so far as material on this appeal, and the legal questions are the same as those set forth in the Mittleman case this day decided, wherein our views on the numerous matters therein and here involved are set forth at length. The decision in that case is here controlling. Therefore the judgment appealed from is affirmed.